and conclusions will be made. Present— Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ. Settle order on notice.

GRACE W. PARKS, Respondent, v. HOWARD G. WELSCH and Others, Appellants.— Order denying motion to vacate execution against the person of defendant Howard G. Welsch affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

CLARA L. PETTET, Appellant, v. JOHN D. PETTET, Respondent. (Second Contempt Motion No. 4.) — In so far as the order denies plaintiff's motion for reargument, the appeal from it is dismissed. In other respects, in so far as appealed from, the order is affirmed, without costs. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

CLARA L. PETTET, Appellant, v. JOHN D. PETTET, Respondent. (Contempt Motion No. 6.) — In so far as the order denies plaintiff's motion for reargument, the appeal from it is dismissed. In other respects, in so far as appealed from, the order is affirmed, without costs. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

CLARA L. PETTET, Appellant, v. JOHN D. PETTET, Respondent. (Contempt Motion No. 7.) — Order denying motion for immediate commitment for contempt, in so far as appealed from, affirmed, without costs. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

GEORGE F. PICKEN, Trustee in Bankruptcy of MEYER LEVINE and NOAH LEVINE, Individually and as Copartners Trading as CENTRAL UPHOLSTERING AND AWNING COMPANY, Respondent, v. GEORGE COHEN and ISRAEL COHEN, Copartners Doing Business under the Firm Name and Style of SAMUEL COHEN's SONS, Appellants.— Order striking out partial defense in amended answer affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

ORPHA E. PULVER, Respondent, v. THE HANCOCK TELEPHONE COMPANY, Appellant.— Order denying motion for change of venue affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.

WILLIAM H. PULVER, Respondent, v. THE HANCOCK TELEPHONE COMPANY, Appellant.— Order denying motion for change of venue affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE BILELLO, Appellant. — Judgment of conviction and orders of the County Court of Kings county unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. ADOLPH EICHHORN and Others, Respondents.*— Order, as resettled, in so far as it sustains the demurrer and dismisses the indictment affirmed. No opinion. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.

FRANCES SCHUSTER, an Infant, by HELEN SCHUSTER, Her Guardian ad Litem, and HELEN SCHUSTER, Respondents, v. FRANK CHIULLI, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

SADIE B. SINENBERG and HARRY SINENBERG, Respondents, v. RIVERSIDE

---

* Affd., 260 N. Y. 573.